Cheryl KELLY Plaintiff-Appellant

v.

FOUR B. CORPORATION, doing business as Price Chopper; Modern Maintenance, Inc. Defendants-Appellees

No. 16-3852

United States Court of Appeals, Eighth Circuit.

Submitted: July 13, 2017

Filed: July 17, 2017

---

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

Jason M. Pottenger, Pottenger Law Firm, Kansas City, MO, Sophie Woodworth, Kansas City, MO, for Plaintiff-Appellant

Robert Luder, Lesley Renfro Willson, Luder & Weist, Overland Park, KS, for Defendant-Appellee Four B. Corporation

Jennifer R. Johnson, Michelle Rene Stewart, Hinkle Law Firm LLC, Overland Park, KS, for Defendant-Appellee Modern Maintenance, Inc.

Before BENTON, BOWMAN, and SHEPHERD, Circuit Judges.

## PER CURIAM.

Cheryl Kelly appeals from an order of the District Court granting summary judgment for the defendants in her removed personal-injury action arising out of a slip-and-fall incident at a grocery store. After de novo review of the record, we conclude that the evidence shows a genuine issue of material fact that precluded summary judgment. See Pippin v. Hill-Rom Co., 615 F.3d 886, 889 (8th Cir. 2010) (standard of review). The evidence, which included video surveillance footage of the incident, would permit a finder of fact to conclude that one or both defendants were negligent under Missouri law. See id. (recognizing the elements of a Missouri negligence claim as a duty of care, a breach of that duty, and a proximately-caused resulting injury); Smith v. Callaway Bank, 359 S.W.3d 545, 547 (Mo. Ct. App. 2012) ("Whether a defendant's conduct falls short of the standard of care is generally a question of fact for the jury.").

Accordingly, we reverse the judgment and remand for further proceedings consistent with this opinion.